| | |
|---|---|
| 1 | LAWYERS FOR WORKPLACE FAIRNESS APC |
| 2 | Scott Houtz (SBN 180061) |
|   | 4100 West Alameda Avenue, Third Floor |
| 3 | Burbank, California 91505 |
|   | Telephone:    (323) 375-5101 |
| 4 | Attorney for Plaintiff NAITHAN REDDY |

LITTLER MENDELSON, P.C.
Robert G. Hulteng (SBN 071293)
Kelsey E. Papst (SBN 270547)
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:    (916) 830-7200
Attorneys for Defendant ACS ASSOCIATED, INC.

JACKSON LEWIS P.C.
Dale R. Kuykendall (SBN 148833)
Nicholas D. Poper (SBN 293900)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:    (916) 341-0404
Attorneys for Defendant PREMIUM OF TENNESSEE, INC.
(erroneously sued as Premium Transportation Staffing, Inc.)

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| NAITHAN REDDY, | Case No.: 2:17-CV-00045-WBS-GGH |
| Plaintiff, | **ORDER ON THE STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND TO THE SACRAMENTO COUNTY SUPERIOR COURT** |
| vs. | |
| ACS ASSOCIATED, INC., a Corporation; PREMIUM TRANSPORTATION STAFFING, INC., a Corporation; and DOES 1 through 100, inclusive, | Judge: Hon. William B. Shubb |
| | Dept.: Courtroom 5 |
| Defendants. | |

[PROPOSED] ORDER

The Court, having considered the Parties' Stipulation Regarding Amount in Controversy and Remand to the Sacramento County Superior Court, and with good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

Based on the Stipulation Regarding Amount in Controversy and Remand to the Sacramento County Superior Court of the Parties that the amount in controversy, inclusive of any and all attorneys' fees and costs through the conclusion of the trial in this action, does not exceed $75,000, in that Plaintiff stipulates and agrees he cannot recover any amount, whether damages, restitution, disgorgement, penalties, punitive damages, attorneys' fees, costs, and other relief of any kind whatsoever, through the conclusion of a trial in this action, in excess of $75,000, this matter is hereby REMANDED to the Superior Court of California for the County of Sacramento. The Parties shall bear their own costs and attorneys' fees regarding the removal and remand.

IT IS SO ORDERED.

Dated: February 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4815-2126-9570, v. 2